# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

EMMA CLINE, THE CLEGG AGENCY,
AND PENGUIN RANDOM HOUSE LLC

Plaintiff(s),

v.

CHAZ REETZ-LAIOLO

Defendant(s).

Case No: 3:17-cv-06866

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, ELIZABETH A. McNAMARA, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: EMMA CLINE, THE CLEGG AGENCY, and PENGUIN RANDOM HOUSE LLC in the above-entitled action. My local co-counsel in this case is THOMAS R. BURKE, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| | |
|---|---|
| MY ADDRESS OF RECORD:<br>1251 Avenue of the Americas<br>21st Floor<br>New York, NY 10020 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>505 Montgomery Street, Suite 800<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD:<br>212-603-3637 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 276-6500 |
| MY EMAIL ADDRESS OF RECORD:<br>lizmcnamara@dwt.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>thomasburke@dwt.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 228385.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:

APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

*PRO HAC VICE* APPLICATION & ORDER

October 2012

American LegalNet, Inc.
www.FormsWorkFlow.com

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER

October 2012



American LegalNet, Inc.
www.FormsWorkFlow.com