Edward Normand (*pro hac vice*)
Amos Friedland (*pro hac vice*)
Nathan Holcomb (*pro hac vice*)
Kyle Roche (*pro hac vice*)
Jackie Jakab (*pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
Tel.    (914) 749-8200
Fax.    (914) 749-8300
Email: tnormand@bsfllp.com

Katherine Ann Eskovitz
**BOIES SCHILLER FLEXNER LLP**
1999 Harrison Street; Suite 900
Oakland, CA 94612
Tel.    (510)874-1000
Fax.    (510)874-1460
Email: keskovitz@bsfllp.com

Kevin Smith (*pro hac vice* pending)
Benjamin Diessel (*pro hac vice* pending)
**WIGGIN AND DANA LLP**
265 Church Street, P.O. Box 1832
New Haven, CT 06508
Tel. (203) 498-4400
Fax. (203) 782-2889
Email: ksmith@wiggin.com

Attorneys for Defendant
CHAZ REETZ-LAIOLO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA CLINE, et al., | Case No. 3: 17-cv-06866-WHO |
| *Plaintiffs*, | |
| vs. | **[PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS** |
| CHAZ REETZ-LAIOLO, | **Local Rule 7-12** |
| *Defendant*. | |

**[PROPOSED] ORDER RE BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS
CASE NO. 17-CV-06866-WHO**

THE COURT, having taken note of the Stipulation Regarding Briefing Schedule for Defendant's Motion to Dismiss made by Chaz Reetz-Laiolo ("Defendant") and Plaintiffs Emma Cline, The Clegg Agency, and Penguin Random House LLC ("Plaintiffs"), filed on February 5, 2018, HEREBY ORDERS THAT the briefing schedule and hearing date for Defendant's Motion to Dismiss Plaintiffs' Complaint shall be modified as follows:

- Plaintiffs' opposition to Defendant's Motion to Dismiss shall be filed with the Court no later than March 2, 2018; and

- Defendant's reply in support of his Motion to Dismiss shall be filed no later than March 21, 2018; and

- Defendants' Motion to Dismiss shall be heard before the Court on April 11, 2018, at 2:00 P.M.

ENTERED this _____ day of _____, 2018.

_____
Hon. William H. Orrick
United States District Judge

2

**[PROPOSED] ORDER RE BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS
CASE NO. 17-CV-06866-WHO**