1  Thomas R. Burke (State Bar No. 141930)
   Joy G. Kim (State Bar. No. 294841)
2  DAVIS WRIGHT TREMAINE LLP
   505 Montgomery Street, Suite 800
3  San Francisco, CA 94111
   Telephone: (415) 276-6500
4  Facsimile: (415) 276-6599
   Email: thomasburke@dwt.com
5          joykim@dwt.com

6  Elizabeth A. McNamara (*pro hac vice*)
   Abigail B. Everdell (*pro hac vice*)
7  DAVIS WRIGHT TREMAINE LLP
   1251 Avenue of the Americas, 21st Floor
8  New York, New York 10020
   Telephone: (212) 489-8230
9  Facsimile: (212) 489-8340
10 Email: lizmcnamara@dwt.com
           abigaileverdell@dwt.com
11
12 Michael A. Vatis (*pro hac vice*)
   STEPTOE & JOHNSON LLP
13 1114 Avenue of the Americas
   New York, New York 10036
14 Telephone: (212) 506-3927
   Facsimile: (212) 506-3950
15 Email: mvatis@steptoe.com

16 Attorneys for Plaintiffs Emma Cline, The Clegg
17 Agency, and Penguin Random House LLC

18              IN THE UNITED STATES DISTRICT COURT
19              FOR THE NORTHERN DISTRICT OF CALIFORNIA
20

21 EMMA CLINE, THE CLEGG AGENCY, and
   PENGUIN RANDOM HOUSE LLC,                 Case No. 3:17-cv-06866-WHO
22
                   Plaintiffs,               **ORDER REGARDING PAGE LENGTH
23                                           AND BRIEFING SCHEDULE FOR
         v.                                  DEFENDANT'S MOTION TO DISMISS**
24
   CHAZ REETZ-LAIOLO,
25
                   Defendant.
26

| | |
|---|---|
| 1 | THE COURT, having taken note of the Stipulation Regarding Page Length and Schedule |
| 2 | for Briefing on Defendant's Motion to Dismiss ("Motion") made by Plaintiffs Emma Cline, The |
| 3 | Clegg Agency, and Penguin Random House LLC ("Plaintiffs") and Defendant Chaz Reetz-Laiolo |
| 4 | ("Defendant"), filed on March 1, 2018, HEREBY ORDERS THAT the briefing schedule and page |
| 5 | limits for briefing associated with Defendant's Motion shall be modified as follows: |

- Defendant's reply in support of his Motion shall be filed on the later of <u>March 26, 2018</u>, or three weeks after defendants in the related action *Reetz-Laiolo et al. v. Cline et al.*, Case No. 3:17-cv-06867-WHO file their motion to dismiss the first amended complaint in that action;
- Plaintiffs' memorandum of law in opposition to Defendant's Motion shall be no longer than 30 pages; and
- Defendant's reply memorandum of law in support of his Motion shall be no longer than 20 pages.

ENTERED this 7th day of March, 2018.

_____
Hon. William H. Orrick
United States District Judge

1
[PROPOSED] ORDER RE PAGE LENGTH AND BRIEFING SCHEDULE FOR MOTION TO DISMISS
CASE NO. 3:17-CV-06866-WHO