DAVIS WRIGHT TREMAINE LLP

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| EMMA CLINE, THE CLEGG AGENCY, AND PENGUIN RANDOM HOUSE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CHAZ REETZ-LAIOLO,<br><br>Defendant. | Related Case Nos. 3:17-cv-06866-WHO and Case No. 3:17-cv-06867-WHO<br><br>**ORDER REGARDING BRIEFING SCHEDULE AND PAGE LIMITS FOR THE PARTIES' MOTIONS TO DISMISS** |
| CHAZ REETZ-LAIOLO, KARI BERNARD, and KRISTIN KIESEL,<br><br>Plaintiffs,<br><br>v.<br><br>EMMA CLINE and PENGUIN RANDOM HOUSE LLC,<br><br>Defendants. | |

# ORDER

This Court, having considered the Parties' Stipulation Regarding Briefing Schedule and Page Limits for the Parties' Motions to Dismiss, hereby orders as follows:

- Cline and Random House's memorandum of law in support of their Motion to Dismiss claims in the Reetz-Laiolo Parties' Fourth Amended Complaint, and the Reetz-Laiolo Parties' memorandum of law in opposition to that Motion to Dismiss, shall each be no longer than <u>30 pages</u>; and

- On or before <u>October 4, 2018</u>, Cline and Random House shall file their Motion to Dismiss claims in the Reetz-Laiolo Parties' Fourth Amended Complaint; and

- On or before <u>October 18, 2018</u>, Cline shall file her opposition to Reetz-Laiolo's Motion to Dismiss and Special Motion to Strike, and the Reetz-Laiolo Parties shall file their opposition to the Cline and Random House's Motion to Dismiss; and

- On or before <u>October 25, 2018</u>, Cline and Random House shall file a reply in support of their Motion to Dismiss, and Reetz-Laiolo shall file a reply in support of his Motion to Dismiss and Special Motion to Strike; and

- The hearing on the parties' motions to dismiss shall be held on <u>November 14, 2018</u> at 2:00 PM.

**IT IS SO ORDERED.**

Dated: October 3, 2018

_____
Hon. William H. Orrick
United States District Judge

DAVIS WRIGHT TREMAINE LLP

**1**
**ORDER RE BRIEFING SCHEDULE FOR THE PARTIES' MOTIONS TO DISMISS**
Case No. 3:17-cv-06866-WHO; Case No. 3:17-cv-06867-WHO