UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA CLINE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHAZ REETZ-LAIOLO,<br><br>　　　　Defendant. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 3:17-cv-06866-WHO<br><br>Re: Dkt. No. 89 |
| CHAZ REETZ-LAIOLO, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EMMA CLINE, et al.,<br><br>　　　　Defendants. | Case No. 3:17-cv-06867-WHO<br><br>Re: Dkt. No. 117 |

The parties to these actions, by and through their counsel, have stipulated to dismiss the cases with prejudice. These matters are DISMISSED WITH PREJUDICE and any hearings scheduled are VACATED. **IT IS SO ORDERED**.

Dated: June 17, 2019



WILLIAM H. ORRICK
United States District Judge